JS-6

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAEL SINGLETON,<br>Plaintiff,<br>v.<br>VIVE FINANCIAL, LLC,<br>Defendant. | Case No. 5:23-cv-01515-JWH-KK<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Claims Pursuant to Rule 12(b)(6) [ECF No. 23] filed on or about November 20, 2023, in this case,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. Defendant Vive Financial, LLC shall have **JUDGMENT** in its favor, and against Plaintiff Lael Singleton. Plaintiff Lael Singleton shall take nothing by way of her Amended Complaint. This action is **DISMISSED**.

3. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 27, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE